```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMARAL AND SONS, INC., a California corporation <br><br> Defendants. | NO. C 10 0391 JL <br><br> JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE <br><br> CASE MANAGEMENT CONFERENCE <br> DATE: 6/1/10 <br> TIME: 10:30 a.m. |

The parties to the above-entitled action jointly submit this Case Management Statement.

DESCRIPTION OF THE CASE

1. Settlement agreed to today; preparing Stipulation for Judgment.

2. It is requested that the Court continue the Case Management Conference some thirty days hence.

3. Good cause exists to grant plaintiff's request for a

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE

1

1  continuance of the Case Management Conference currently set for June
2  15, 2010 to July 14, 2010 to allow the parties time to settle this
3  case and avoid any unnecessary burden to the Court.
4                          Respectfully submitted.
5
6  DATED: June 10, 2010        ERSKINE & TULLEY
                               A PROFESSIONAL CORPORATION
7
8                              By: _____
                                   Michael J. Carroll
9                                  Attorneys for Plaintiff

10 Dated: June 10, 2010        THE HALEY LAW OFFICES
11                             By: _____
                                   Matthew D. Haley
12                                 Attorneys for Defendant
13
14 June 11, 2010



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE
                              2