LAW OFFICES OF
# ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431 FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

*IT IS SO ORDERED*
*[signature] Judge James Larson*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

September 30, 2010

Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102-3483

Re: Northwest Administrators, Inc.
vs. Amaral & Sons, Inc.
United States District Court, Action No. C 10 0391 JL

Dear Magistrate Larson:

This case is set for an Order of Examination on October 6, 2010.

We have not been able to serve the defendant.

We request that the Order of Examination be taken off calendar.

Yours very truly,

*[signature]*

Michael J. Carroll

MJC/se